IN THE UNITED STATES BANKRUPTCY COURT
Middle District of Alabama

| | |
|---|---|
| **In the Matter of:** | |
| | Case No. <u>10-31967</u> |
| **Anthony P. Hudson,** | |
| **Lisa Hudson,** | Chapter <u>13</u> |
| Debtors. | |
| **Anthony P. Hudson,** | |
| **Lisa Hudson,** | |
| Plaintiffs, | |
| vs. | |
| | Adv. Proc. No. <u>10-03067</u> |
| **Alfa Financial Corp.,** | |
| Creditor. | |

## ANSWER

COMES NOW, Alfa Financial Corp, by and through its undersigned counsel and hereby denies each and every material allegation of the complaint filed here and demands strict proof thereof:

        Respectfully submitted,

        s/Zack M. Azar
        *Attorney for Alfa Financial Corp.*
        Zack M. Azar
        AZAR & AZAR, L.L.C.
        4276 Lomac Street
        Montgomery, AL 36106
        (334) 265-8551
        (334) 264-9453 facsimile
        zazar@azarlaw.com